AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Piersol, Lawrence L. | U.S. District Court, SD | 06/26/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Federal Courthouse, Suite 202
400 South Phillips Avenue
Sioux Falls, SD 57104-6851

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | John T. Vucurevich Foundation, a charitable foundation. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 06/26/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | John T. Vucurevich Foundation | April 16, 2014 | Rapid City, SD | Board Meeting | Travel expenses reimbursed |
| 2. | John T. Vucurevich Foundation | July 16-17. 2014 | Rapid City, SD | Board Meeting | Travel expenses reimbursed |
| 3. | John T. Vucurevich Foundation | September 28-29, 2014 | Rapid City, SD | Board Meeting | Travel expenses reimbursed |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 06/26/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Susman Godfrey LLP | Legal Services | $6,466.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Bank and Trust | Note: Commercial Properties | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 06/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. National Housing Partnership | A | Dividend | J | W | | | | | |
| 2. Farm #1 | D | Rent | L | W | | | | | |
| 3. The Equitable, life insurance | | None | J | W | | | | | |
| 4. IBM | A | Dividend | K | T | | | | | |
| 5. Verizon Communications | A | Dividend | K | T | | | | | |
| 6. Viacom Inc. | A | Dividend | J | T | | | | | |
| 7. American Express Co. | A | Dividend | K | T | | | | | |
| 8. Bristol-Myers Squibb | A | Dividend | K | T | | | | | |
| 9. Ford Mtr. Co. Del. | A | Dividend | J | T | | | | | |
| 10. General Electric Corp. | A | Dividend | K | T | | | | | |
| 11. RJR Nabisco Group | A | Dividend | J | T | | | | | |
| 12. Safeway | A | Dividend | J | T | | | | | |
| 13. Associates First Cap. | A | Dividend | J | T | | | | | |
| 14. Charles Schwab Co. Money Market (J) | A | Interest | M | T | | | | | |
| 15. Ckg Accts, (2) First Bank & Trust, SxFalls & Bkgs, SD | A | Interest | J | T | | | | | |
| 16. Ckg Accts, (2) First Natl Bank, SxFalls, SD | A | Interest | J | T | | | | | |
| 17. Mutual Beacon Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Sogen Overseas Fund (now called First Eagle Overseas Fund) | A | Dividend | M | T | | | | | |
| 19. Schwab Money Market | A | Interest | L | T | | | | | |
| 20. Commercial Property Parcel 1 (Minnehaha Co., SD) | F | Rent | P1 | W | | | | | |
| 21. Commercial Property Parcel 2 (Minnehaha Co., SD) | E | Rent | N | W | | | | | |
| 22. Merrill Lynch Money Market | D | Interest | J | T | | | | | |
| 23. Templeton Dragon Fund | A | Dividend | M | T | | | | | |
| 24. Apartment Interest (Minnehaha Co., SD) | E | Rent | N | W | | | | | |
| 25. Mutual Discovery Fund | A | Dividend | M | T | | | | | |
| 26. Exxon Stock | B | Dividend | M | T | | | | | |
| 27. Vanguard Total Stock Mkt Idx Adm | E | Dividend | M | T | | | | | |
| 28. Farm #2 (Moody Co., SD) | D | Rent | O | W | | | | | |
| 29. Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 30. SBC Communications, Inc. | A | Dividend | K | T | | | | | |
| 31. Dominion Resources | A | Dividend | J | T | | | | | |
| 32. Excelsior Income Shares | A | Dividend | J | T | | | | | |
| 33. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 34. LG&E Energy Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 06/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Merck & Co., Inc. | A | Dividend | J | T | | | | | |
| 36. Microsoft | A | Dividend | K | T | | | | | |
| 37. Cisco System, Inc. Co. | A | Dividend | J | T | | | | | |
| 38. Berkshire Hathaway B | A | Dividend | M | T | | | | | |
| 39. Visteon Corp. | A | Dividend | J | T | | | | | |
| 40. Ameriprise Fin. Inc. | A | Dividend | J | T | | | | | |
| 41. Zimmer Hlds Inc. | A | Dividend | J | T | | | | | |
| 42. Real Property Bare Land #1 (Lake Co., SD) | | None | L | W | | | | | |
| 43. Real Property #2 (Lake Co., SD) | B | Rent | L | W | | | | | |
| 44. AT&T, Inc. | A | Dividend | K | T | | | | | |
| 45. Adams Express Co. | A | Dividend | J | T | | | | | |
| 46. Alliant Energy Corp. | A | Dividend | J | T | | | | | |
| 47. Ameren Corporation | A | Dividend | J | T | | | | | |
| 48. Black Hills Corp. | A | Dividend | J | T | | | | | |
| 49. Centurylink, Inc. | A | Dividend | J | T | | | | | |
| 50. Comcast Corp. New CL A | A | Dividend | J | T | | | | | |
| 51. DNP Select Income Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L. | 06/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Energen Corp. | A | Dividend | J | T | | | | | |
| 53. FT Dearborn Inc. Sec Inc. | A | Dividend | J | T | | | | | |
| 54. Frontier Communications | A | Dividend | J | T | | | | | |
| 55. The Southern Company | A | Dividend | J | T | | | | | |
| 56. Xcel Energy Inc. | A | Dividend | K | T | | | | | |
| 57. First Eagle Overseas | A | Dividend | M | T | | | | | |
| 58. CBS Corp | A | Dividend | J | T | | | | | |
| 59. Real Property (Lawrence Co., SD) | | None | K | W | | | | | |
| 60. Deere & Co. Stock | A | Dividend | K | T | | | | | |
| 61. BBCP Conductor Inc. | | None | K | W | | | | | |
| 62. General Motors | | None | K | T | | | | | |
| 63. Coca Cola | | None | K | T | Buy | 6/16/14 | K | | |
| 64. AmeriGas Partners | | None | K | T | Buy | 6/16/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

V. GIFTS. I was one of seven named plaintiffs in Barker, et al. v. United States, Case No. 1:12-cv-00826 (Fed.Cl.), brought to challenge the denial of Article III judges' cost-of-living adjustments (COLAs) over multiple years. Attorneys fees and costs were expended in 2014 in the total amount of $45,265 on a pro bono basis by the law firm of Susman Godfrey, LLP, 1201 Third Avenue, Suite 3800, Seattle, WA 98101 who served as plaintiffs' counsel without compensation or reimbursement from me or the other plaintiffs. ($45,265 divided by 7 = $6,466 as my share of the gift)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lawrence L. Piersol**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544